**In the Estate of J.A.S., L.E.S., and E.B.S.**

**J.B. and A.B. (Co–Guardians), Respondents,**

v.

**D.L.S. (Father), Appellant.**

**No. WD 59930.**

Missouri Court of Appeals, Western District.

Jan. 15, 2002.

Stephan Cotton Walker, Jefferson City, MO, Attorney for Appellant.

Leslie Ann Schneider, Columbia, MO, Attorney for Respondents.

Mick D. Wilson, Ashland, MO, Guardian ad litem.

Before HOWARD, P.J., and BRECKENRIDGE and NEWTON, JJ.

**Order**

PER CURIAM.

D.L.S. appeals from the trial court's denial of his motion for termination of guardianship in regard to his three children.

Affirmed. Rule 84.16(b).